**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PHELPS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | IN RE: ASBESTOS LITIGATION |
| v. ) | MDL NO. 875 |
| ) | |
| RAPID-AMERICAN, CORP., et al., ) | |
| ) | No. 2:08-cv-89461-ER |
| ) | |
| Defendants. ) | |

## NOTICE OF SUBSTITUTION

Defendant Rapid-American Corporation hereby notifies all counsel of record that it has substituted Sonnenschein Nath & Rosenthal LLP for Hinshaw & Culbertson LLP as its counsel of record for the aforementioned matter, *with the consent* of the Hinshaw firm.

Respectfully submitted,

HINSHAW & CULBERTSON LLP                SONNENSCHEIN NATH & ROSENTHAL LLP

By:     /s/                                                          By:     /s/
Craig T. Liljestrand                                       Roger K. Heidenreich


By:     /s/                                                          By:     /s/
Daniel W. McGrath                                       C. Kate Douglas
222 N. LaSalle Street                                    One Metropolitan Square
Suite 300                                                        Suite 3000
Chicago, Illinois 60601                                 St. Louis, Missouri 63102
Telephone: (312) 704-3000                          Telephone: (314) 241-1800
Facsimile: (312) 704-3001                          Facsimile: (314) 259-5959


By:     /s/
Dennis J. Graber
521 West Main Street
Suite 300
Belleville, Illinois 62222
Telephone: (618) 277-2400
Facsimile: (618) 277-1144

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 8, 2010, a copy of the foregoing Notice of Substitution was filed electronically this day and is available for viewing from the Court's ECF system.  This Notice will be sent to all counsel of record via the Court's ECF system.

          /s/
Roger K. Heidenreich